UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC ARGUELLO,<br><br>  Defendant. | ED 08-82M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. (X) On motion of the Government involving an alleged

　　1. ( ) crime of violence;

　　2. ( ) offense with maximum sentence of life imprisonment or death;

　　3. (X) narcotics or controlled substance offense with maximum sentence of ten or more years

　　　　(21 U.S.C. §§ 801,/951, et. seq.,/955a);

　　4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion (X) (by the Government) / ( ) (by the Court sua sponte involving)

　　1. (X) serious risk defendant will flee;

　　2. ( ) serious risk defendant will

　　　　a. ( ) obstruct or attempt to obstruct justice;

　　　　b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

///

1                                    II.

2      The Court finds no condition or combination of conditions will reasonably assure:

3      A. ( ) appearance of defendant as required; and/or

4      B. (X) safety of any person or the community;

5                                    III.

6      The Court has considered:

7      A. (X) the nature and circumstances of the offense;

8      B. (X) the weight of evidence against the defendant;

9      C. (X) the history and characteristics of the defendant;

10     D. (X) the nature and seriousness of the danger to any person or to the community.

11                                   IV.

12     The Court concludes:

13     A. (X) Defendant poses a risk to the safety of other persons or the community because:

14-19    DEFENDANT'S DRIVING UNDER THE INFLUENCE ARREST, FAILURE TO ATTEND DRUG TREATMENT AND FAILURE TO REPORT HIS ARREST TO PRE-TRIAL SERVICES. COURT ALSO FINDS PROBABLE CAUSE THAT Δ COMMITTED A NEW OFFENSE PER 18 USC § 3148(b) AND NO CONDITIONS WILL ASSURE SAFETY OF COMMUNITY.

20     B. ( ) History and characteristics indicate a serious risk that defendant will flee because:

21

22

23

24

25

26

27     C. ( ) A serious risk exists that defendant will:

28          1. ( ) obstruct or attempt to obstruct justice;

2. ( )   threaten, injure or intimidate a witness/ juror; because:

_____

_____

_____

_____

_____

_____

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

IT IS ORDERED that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: 3/6/08

John C. Rayburn, Jr., U.S. Magistrate Judge

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR - 94 (02/94)                                          - 3 -                                          Page 3 of 3